UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CIVIL CASE NO. 3:13-MC-10 |
| REQUEST FOR INTERNATIONAL JUDICIAL ) | |
| ASSISTANCE FROM THE FIRST FAMILY ) | |
| COURT OF THE SPECIAL JUDICIAL ) | Chief Magistrate Judge Ovington |
| REGION OF BRASÍLIA **IN THE MATTER** ) | |
| **OF COREY WENRICK** ) | |

**ORDER**

Upon application of the United States, and upon review of the corresponding Request submitted by Brazil dated April 29, 2010 seeking a DNA sample from Corey Wenrick for use in a paternity matter pending in Brazil, and the Court having fully considered this matter,

IT IS HEREBY ORDERED, pursuant to the authority conferred by 28 U.S.C. § 1782, as well as this Court's inherent authority, that Assistant United States Attorney Dwight K. Keller (or a substitute or successor designated by the Office of the United States Attorney) be appointed as Commissioner (the "commissioner") of this Court and hereby directed to take such steps as are necessary to collect the requested DNA sample. In doing so, the commissioner:

1. May issue commissioner's subpoenas to be served at any place within the United States on persons (natural and legal) ordering them or their representatives to appear and to testify and produce evidence located within the United States;

2. Shall provide notice with respect to the collection of evidence to those persons identified in the Request as parties to whom notice should be given (and no notice to any other party shall be required);

3. Shall adopt procedures to collect the evidence requested consistent with its use in

the proceeding in Brazil for which the First Family Court of the Special Judicial Region of Brasilia has requested assistance, which procedures may be specified in the Request;

4. May, in collecting the evidence requested, be accompanied by persons whose presence or participation is authorized by the commissioner, including, without limitation, special agents of the Federal Bureau of Investigation and/or representatives of Brazil who, as authorized or directed by the commissioner, may direct questions to any witness;

5. May seek such further orders of this Court as may be necessary to execute this Request, including orders to show cause why persons served with commissioner's subpoenas who fail to produce evidence should not be held in contempt, and including protective orders to regulate the use of the evidence collected;

6. Shall certify and submit the evidence collected to the Office of International Affairs, Criminal Division, U.S. Department of Justice, or as otherwise directed by that Office for transmission to Brazil; and,

7. May provide copies of the evidence collected to persons identified in the Request as parties to whom such copies should be given (and to no other persons).

IT IS FURTHER ORDERED that any person from whom the commissioner seeks to collect evidence may, for good cause shown, oppose the giving of evidence, or the circumstances thereof, by motion timely filed with this Court, a copy of which shall be provided contemporaneously to the commissioner.

Dated: June 21, 2013

Sharon L. Ovington
Chief United States Magistrate Judge